**HPS-45 (March 2006)**

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 06-1758

_____

IN RE: THOMAS J. GERRARD,
Petitioner

RECEIVED

MAY 2 4 2006

_____

On a Petition for Writ of Mandamus from the
District Court for the District of New Jersey
(Related to D. N.J. Civ. No. 04-cv-06056)

AT 8:30 _____
WILLIAM T. WALSH
CLERK

_____

Submitted Under Rule 21, <u>Fed. R. App. P.</u>
March 10, 2006
Before: SCIRICA, <u>Chief</u> <u>Judge</u>, WEIS and GARTH, <u>Circuit</u> <u>Judges</u>

(Filed: May 19, 2006)

_____

OPINION

_____

PER CURIAM

Petitioner Thomas Gerrard asks this Court for a writ of mandamus to direct

the United States District Court for the District of New Jersey to take action on his

petition under 28 U.S.C. § 2254.  On April 11, 2006, the District Court entered an order

directing the Respondents to file an answer to Gerrard's petition.  Accordingly, we will

deny the request as moot.